

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00264-CV

Hidalgo County Irrigation District No. 6
v.
Joe Louis Aguilar Sr.

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. C-1216-20-D

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

November 9, 2023